**MEMO ENDORSED**



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2022
```

Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
United States of America
Telephone: 212 710 3900
Facsimile: 212 710 3950
www.clydeco.us

Thomas.Carruthers@clydeco.us

February 14, 2022

**VIA EMAIL**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007
(212) 805-6350
CaproniNYSDChambers@nysd.uscourts.gov

Re: *HDI Global SE, f/k/a HDI-Gerling Industrie Versicherung AG v. Phillips P66 Company;* Case No. 22-CV-00807

Dear Judge Caproni:

In response to the Court's Sealed Order, dated February 3, 2022, we write on behalf of our client, Petitioner HDI Global SE, f/k/a HDI-Gerling Industrie Versicherung AG ("Gerling"), to advise the Court that Gerling hereby withdraws its Application for an Order Sealing and Maintaining Court File Under Seal. Counsel for Respondent P66 has also advised us that P66 agrees that no sealing of the Court file is necessary.

Respectfully,

Thomas G. Carruthers

cc: John Ellison, Esq.
Richard Lewis, Esq.

Clyde & Co US LLP is a Delaware limited liability partnership with offices in
Atlanta, Chicago, Los Angeles, Miami, New Jersey, New York, Orange County, San Francisco and Washington D.C.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.

> The Court orders that this Action be unsealed, and respectfully directs Records Management to upload all documents filed to date on the Electronic Case Filing system.

SO ORDERED.

*[Signature: Valerie Caproni]*   2/14/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE