UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HDI GLOBAL SE f/k/a HDI-GERLING
INDUSTRIE VERSICHERUNG AG,

                Petitioner,                                  22 **CIVIL** 807 (VEC)

        -against-                                    **JUDGMENT**

PHILLIPS 66 COMPANY,
                Respondent.
---------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 26, 2022, Petitioner's request to confirm the arbitration award in Decision One is GRANTED, and Petitioner's request to confirm Decision Two, an interlocutory award, is DENIED without prejudice; accordingly, the case is closed.

**Dated**: New York, New York
          August 30, 2022

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
**BY:**
                                                  K. Mango
                                                  **Deputy Clerk**